UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN HARDIN,

            Plaintiff,

    v.

MENDOCINO COAST DISTRICT
HOSPITAL, et al.,

            Defendants.

Case No. 17-cv-05554-JST
*SEALED*

**ORDER TO SHOW CAUSE RE:
SEALING**

Plaintiff Ellen Hardin filed this case on September 25, 2017, and filed a first amended

complaint ("FAC") on October 4, 2017.  ECF Nos. 1, 10.  Summonses issued on October 18,

2017.  ECF Nos. 11-14.  No proofs of service have been filed, and no Defendants have made an

appearance.

The FAC includes a federal False Claims Act cause of action under 31 U.S.C. § 3730.

ECF No. 10 ¶¶ 85-98.  However, the statute provides that actions "shall be brought in the name of

the Government."  31 U.S.C. § 3730(b)(1).  In addition:

> A copy of the complaint and written disclosure of substantially all
> material evidence and information the person possesses shall be
> served on the Government pursuant to Rule [4(i)] of the Federal
> Rules of Civil Procedure.  The complaint shall be filed in camera,
> shall remain under seal for at least 60 days, and shall not be served
> on the defendant until the court so orders.  The Government may
> elect to intervene and proceed with the action within 60 days after it
> receives both the complaint and the material evidence and
> information.

31 U.S.C. § 3730(b)(2) (footnote omitted).

The Court has sealed this case pursuant to these statutory requirements.  It is hereby

ordered that:

1.  On or before November 22, 2017, Hardin shall (a) serve a copy of the FAC and this

1   order on the Government and (b) file a proof of service.

2      2.  On or before December 4, 2017, Hardin shall file a written response showing cause why

3   this case should or should not remain under seal.

4      3.  If the Government wishes to be heard on this question, it shall file a written response by

5   the same date.

6      4.  Hardin shall not serve any Defendant until further order of the Court.

7      5.  This case will remain under seal until further order of the Court.

8      **IT IS SO ORDERED.**

9   Dated:  November 13, 2017

10                                  _____
                                         JON S. TIGAR
11                                    United States District Judge