FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
RYAN B. POLK (SBN: 230769)
rpolk@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3115
Facsimile: (415) 986-8054

Attorneys for Defendants
MENDOCINO COAST DISTRICT HOSPITAL,
BOB EDWARDS, STEVE LUND AND WADE STURGEON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ELLEN HARDIN, | CASE NO. 17-cv-05554-JST |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT;** [PROPOSED] **ORDER** |
| vs. | |
| MENDOCINO COAST DISTRICT HOSPITAL, a government entity or agency, exact form unknown; BOB EDWARDS, an individual; STEVE LUND, an individual; WADE STURGEON, an individual; and DOES 1 through 50, Inclusive, | Complaint Filed: 09/25/17 |
| Defendants. | |

Pursuant to Civ. L.R. 6-1(b) and 6-2, Defendants Mendocino Coast District Hospital, Bob Edwards, Steve Lund and Wade Sturgeon ("Defendants") and Plaintiff Ellen Hardin ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendants agree that its counsel Gordon Rees Scully Mansukhani LLP will accept service via email of the Summons and Complaint for all Defendants. The Summons and Complaint shall be emailed by Monday January 29, 2018.

WHEREAS, all Defendants currently have until on or about January 26, 2018 to answer or respond to Plaintiff's Complaint;

WHEREAS, Defendants have requested, and Plaintiff has consented to an extension of

1  time for Defendants to answer or respond to Plaintiff's Complaint to February 26, 2018;

2      WHEREAS, there have been no previous time modifications requested by the parties in
3  this action;

4      WHEREAS, the extension of time for Defendants to answer or respond to Plaintiff's
5  Complaint will necessitate the rescheduling of the Initial Case Management Conference, which
6  is currently set for March 7, 2018 (with the Case Management Statement presently due on
7  February 26, 2018 – the same day as the proposed deadline to answer or respond to the
8  Complaint);

9      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
10 through their respective counsel, that Defendants shall answer or otherwise respond to Plaintiff's
11 Complaint by February 26, 2018.

Dated: January 26, 2018    GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Ryan B. Polk*
    Fletcher C. Alford
    Ryan B. Polk
    Attorneys for Defendants
    MENDOCINO COAST DISTRICT HOSPITAL, BOB EDWARDS, STEVE LUND AND WADE STURGEON

Dated: January 26, 2018    LAW OFFICE OF TWILA S. WHITE

By: */s/ Twila S. White*
    Twila S White
    Attorney for Plaintiff
    ELLEN HARDIN

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**[PROPOSED] ORDER**

PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT Defendants shall answer or otherwise respond to Plaintiff's Complaint by February 26, 2018. The case management conference is rescheduled for 04/04/2018. The parties' joint case management statement shall be due on 03/26/2018.

Dated: January 29, 2018

_____
HONORABLE JON S. TIGAR
United States District Court Judge

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111