# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ellen Hardin,<br><br>       Plaintiff(s)<br><br>v.<br><br>Mendocino Coast District Hospital, et al.,<br><br>       Defendant(s) | CASE No. 3:17-cv-05554-JST<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** *(specify process and provider)*
Private Mediation with a neutral mutually agreed to by the parties.

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: 12/31/2018

Date: March 20, 2018                 */s/ Twila S. White*
                                         Attorney for Plaintiff

Date: March 20, 2018                 */s/ Ryan B. Polk*
                                         Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:


Date: March 20, 2018

                                             U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

1150789/37269530v.1

*Form ADR-Stip rev. 1-2017*