UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>   Plaintiff,<br><br>   v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>   Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 86 |

The Court **ORDERS** Plaintiff to file a response to Defendants' letter brief, ECF No. 86, not to exceed two and a half pages, no later than February 26, 2019.

**IT IS SO ORDERED.**

Dated: February 22, 2019

THOMAS S. HIXSON
United States Magistrate Judge