UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 86, 88 |

The parties have filed letter briefs concerning the Defendants' request for a medical examination of Plaintiff Ellen Hardin, as well as their motion to compel her mental health and psychiatric and past employment records. For the mental health and psychiatric records, the Court does not have the relevant discovery requests and responses, so cannot tell exactly what Defendants have asked for. The Court **ORDERS** the parties to submit the discovery requests at issue, and Hardin's responses, by February 28, 2019. Concerning the employment files from Antelope Valley Hospital and Community Regional Medical Center, if the subpoenas to those two entities were included in ECF No. 68, then the Court does not need additional copies. However, if any part of the document requests to those entities now at issue were not previously submitted in ECF No. 68, then the Court **ORDERS** the parties to submit them by February 28. The Court sets a telephonic hearing in this matter for March 6, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February 27, 2019

THOMAS S. HIXSON
United States Magistrate Judge