FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
RYAN B. POLK (SBN: 230769)
rpolk@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3115
Facsimile: (415) 986-8054

Attorneys for Defendants
MENDOCINO COAST DISTRICT HOSPITAL,
BOB EDWARDS, STEVE LUND AND WADE STURGEON

TWILA S. WHITE
LAW OFFICE OF TWILA S. WHITE
6033 West Century Boulevard, Suite 810
Los Angeles, CA 90045
213 381 8749 OFFICE
213 381 8799 FAX
twilawhiteesq@yahoo.com

Attorney for Plaintiff
Ellen Hardin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLEN HARDIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, a government entity or agency, exact form unknown; BOB EDWARDS, an individual; STEVE LUND, an individual; WADE STURGEON, an individual; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. 17-cv-05554-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |

Plaintiff ELLEN HARDIN ("Plaintiff") and Defendants MENDOCINO COAST DISTRICT HOSPITAL, BOB EDWARDS, STEVE LUND AND WADE STURGEON ("Defendants") stipulate and respectfully request the Court to extend the mediation deadline currently set for April 5, 2019. In support of their request, the parties state as follows:

WHEREAS Plaintiff Ellen Hardin ("Plaintiff") filed her Complaint in the above-entitled action on September 25, 2017 [ECF 1];

WHEREAS Plaintiff filed a First Amended Complaint on October 4, 2017 [ECF 10];

WHEREAS the parties initially agreed to complete mediation by the end of the year on March 20, 2018 [ECF 33];

WHEREAS the Court granted in part and denied in part Defendant's partial motion to dismiss the FAC, granting Plaintiff leave to amend on June 14, 2018 [ECF 43];

WHEREAS the Court deemed Plaintiff's Second Amended Complaint was filed on July 30, 2018 [ECF52];

WHEREAS Defendants filed a Motion for Partial Dismissal of Plaintiff's Second Amended Complaint on August 20, 2018 [ECF55];

WHEREAS the Court granted in part and denied in part Defendant's partial motion to dismiss the SAC with leave to amend on December 4, 2018 [ECF 72];

WHEREAS, on December 13, 2018, the Court vacated the parties' case management conference scheduled for December 19, 2018;

WHEREAS, the Court set a deadline of April 5, 2019, for the parties to complete mediation;

WHEREAS, the parties have held on-going discussions regarding potential mediators, but were unable to find a mutually agreeable mediator with availability before the April 5, 2019 mediation deadline;

WHEREAS, the parties have agreed to mediate with Lynn Frank on July 18, 2019, and request that the mediation deadline be extended to allow for this;

WHEREAS, Plaintiff has noticed necessary depositions to be completed prior to July 18, 2019 to participate in a good faith mediation and there are pending discovery matters and other anticipated discovery motions;

WHEREAS, there has been one previous extension of time in this matter extending the parties' mediation deadline (ECF 74), and the stipulated extension does not affect any existing date or deadline.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, to extend the deadline to complete private mediation until August 6, 2019.

IT IS SO STIPULATED.

Dated: March 25, 2019	GORDON REES SCULLY MANSUKHANI, LLP

By:	/s/ Ryan B. Polk
	Ryan B. Polk
	Attorneys for Defendants
	MENDOCINO COAST DISTRICT
	HOSPITAL, BOB EDWARDS, STEVE
	LUND and WADE STURGEON

Dated: March 25, 2019	LAW OFFICES OF TWILA S. WHITE

By:	/s/ Twila S. White
	Twila S. White
	Attorney for Plaintiff ELLEN HARDIN

**ATTESTATION OF FILING**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Ryan B. Polk, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order to Extend Mediation Deadline has been obtained from Twila S. White with conformed signatures above.

Dated: March 25, 2019

By: /s/ Ryan B. Polk
Ryan B. Polk
Attorneys for Defendants
MENDOCINO COAST DISTRICT HOSPITAL, BOB EDWARDS, STEVE LUND and WADE STURGEON

**ORDER**

The Court having considered the Joint Stipulation and Order to Extend Mediation Deadline submitted by the parties, and good cause appearing:

1. The Stipulation is approved;
2. The parties shall have until August 6, 2019 to complete private mediation;

IT IS SO ORDERED.

Dated: March 25, 2019

By: _____
UNITED STATES DISTRICT JUDGE