LAW OFFICE OF TWILA S. WHITE
Twila S. White, State Bar #207424
6033 West Century Boulevard, Suite 810
Los Angeles, California 90045
Telephone: 213-381-8749
Facsimile: 213-381-8799

Attorney for Plaintiff ELLEN HARDIN

GORDON REES SCULLY MANSUKHANI, LLP
Ryan B. Polk, State Bar #230769
Fletcher C. Alford, State Bar #152314
275 Battery Street, Suite 2000
San Francisco, CA 94111

Attorney for Defendants MENDOCINO COAST DISTRICT HOSPITAL, BOB EDWARDS, STEVE LUND, and WADE STURGEON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| ELLEN HARDIN, <br><br> Plaintiff, <br><br> vs. <br><br> MENDOCINO COAST DISTRICT HOSPITAL, a governmental entity or agency, exact form unknown; BOB EDWARDS, an individual; STEVE LUND, an individual; WADE STURGEON, an individual; and DOES 1 through 50, Inclusive, <br><br> Defendants. | CASE NO. 17-cv-05554-JST <br><br> **JOINT STIPULATION TO MODIFY MOTION HEARING SCHEDULE** <br><br> District Judge: Hon. Jon S. Tigar <br> Magistrate Judge: Hon. Hixson <br><br> Complaint Filed: September 25, 2017 |

1     WHEREAS the discovery motion hearing in this matter is currently scheduled for April 3,
2 2018 at 10:00 a.m.
3     WHEREAS Plaintiff's counsel has a scheduling conflict and has requested that defense
4 counsel stipulate to a different time for the April 3 discovery hearing, and defense counsel does
5 not object to a new time between 12 p.m. and 1 p.m. that day.
6     NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
7 through their respective counsel, to have the hearing on April 3, 2019 at 12:00 or ~~12:30~~ pm
8 instead subject to court approval.

DATED: April 2, 2019     LAW OFFICE OF TWILA S. WHITE

    /s/
—————————————————
TWILA S. WHITE
Attorney for Plaintiff ELLEN HARDIN

DATED: April 2, 2019     GORDON REES SCULLY MANSUKHANI, LLP

    /s/
—————————————————
RYAN B. POLK
Attorney for Defendants
MENDOCINO COAST DISTRICT HOSPITAL, BOB
EDWARDS, STEVE LUND and WADE STURGEON

**GRANTED.** (Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, signed Judge Thomas S. Hixson)

**GRANTED. The telephone Motion hrg. shall occur on 4/3/19 @ 12:00 pm. Call in number: 1-888-684-8852/Passcode: 2925506**

**Dated: 4/2/2019**

1

JOINT STIPULATION TO MODIFY MOTION HEARING SCHEDULE