UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>    Plaintiff,<br><br>v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>    Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 107, 108, 109 |

The parties have filed discovery letter briefs at ECF Nos. 107, 108 and 109. Plaintiff's letter argues that (1) Defendants' counsel has engaged in inappropriate conduct, (2) the appointment of a discovery referee is unnecessary, and (3) Defendants are improperly using the Brown Act as a basis to instruct witnesses not to answer and to refuse to answer interrogatories or produce documents. The Court assumes that the deposition excerpts attached to the letter address issue #1. The Court also assumes the deposition excerpts address issue #3 insofar as it relates to deposition testimony because excerpts of Sturgeon's and Edwards' depositions are attached. It is obvious that the excerpts do not address issue #3 to the extent it relates to interrogatories or document requests because none of those are attached. The Court **ORDERS** Plaintiff to submit the referenced requests for production and interrogatories, and Defendants' responses, by April 17, 2019.

Defendants' letter brief addresses issues #1 and #2. The Court **ORDERS** Defendant to file a letter brief not to exceed two and a half pages on issue #3 no later than April 17, 2019.

The Court schedules oral argument on these letter briefs for April 25, 2019 at 10:00 a.m. in Courtroom A.

**IT IS SO ORDERED.**

Dated: April 12, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge