UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>    Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**ORDER CONCERNING DEPOSITIONS** |

The Court had another telephonic hearing today concerning depositions in this action.

With regard to Amy McColley's deposition, the Court previously ruled that it should take place on June 14, 2019 at 12:30 p.m. in San Francisco. For the reasons stated on the record, the Court **ORDERS** McColley's counsel to tell Plaintiff's counsel by noon tomorrow whether McColley can be available for deposition in the afternoon of June 19 in Mendocino. If she can, the deposition will take place there and then. If not, then it will be in San Francisco on June 14 as previously ordered.

Per the agreement of the parties, Cindy Richards' deposition has been rescheduled for June 19 at 10:00 a.m. in Mendocino. The Court **ORDERS** Richards' counsel to meet and confer with Plaintiff's counsel concerning any costs he should have to pay due to Richards' last-minute cancelation of today's deposition. If they cannot reach an agreement, they may file a joint letter brief with the Court on that issue.

**IT IS SO ORDERED.**

Dated: 6/12/2019

THOMAS S. HIXSON
United States Magistrate Judge