UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER** |

During telephonic hearings on June 4 and June 6, 2019, Plaintiff's counsel advised that she will be unavailable in July due to a scheduled medical procedure. *See* ECF Nos. 136, 140. The Court observes that the deadline to file motions to compel is July 12, 2019. *See* ECF No. 76 (scheduling order setting close of fact discovery at July 5, 2019) & Local Rule 37-3 ("Where the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off . . ."). The undersigned's Discovery Standing Order requires motions to compel to be presented in the form of joint letter briefs, which require the participation of both sides. *See* ECF No. 63-1. Accordingly, pursuant to the District Judge's case management order, any letter briefs are due by July 12, 2019. If Plaintiff wants relief from the July 12 deadline, she will need to seek relief from the District Judge.

**IT IS SO ORDERED.**

Dated: June 17, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge