UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>           Plaintiff,<br><br>    v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>           Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER** |

The Court held a telephonic hearing this afternoon concerning the filing of discovery letter briefs. In light of the District Judge's order granting enlargement of time, ECF No. 159, the deadline to move to compel is now seven days after August 30, 2019. Accordingly, discovery letter briefs are no longer due today.

**IT IS SO ORDERED.**

Dated: July 12, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge