UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>        Plaintiff,<br><br>        v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>        Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 161, 165, 166 |

Defendants are correct that the Court's order at ECF No. 160 was intended to vacate the briefing and hearing schedule on discovery letter briefs that was discussed during the July 12, 2019 telephonic hearing in light of the District Judge's subsequent enlargement of time, which changed the deadline to file motions to compel. The Court therefore **DENIES** Plaintiff's discovery letter briefs at ECF No. 161 without prejudice and **ORDERS** the parties to meet and confer concerning the issues raised in the letters and, if they are unable to resolve them, to file joint discovery letter briefs.

This afternoon Plaintiff filed a request for an extension of time to respond to ECF No. 165. That narrow request is moot in the light of the above orders. In the body of her motion, Plaintiff also asks that "any further responses from Ms. White to pending matters," including motions to quash subpoenas the Court has not seen, not be due until after August 2 when Ms. White returns from medical leave. This broad request is **DENIED** without prejudice because it is sweeping and vague.

This order resolves ECF Nos. 161, 165 and 166.

**IT IS SO ORDERED.**

Dated: July 17, 2019

THOMAS S. HIXSON
United States Magistrate Judge