UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-05554-JST  (TSH)<br><br>**DISCOVERY ORDER** |

The parties had a telephonic hearing with Magistrate Judge Thomas Hixson today. The parties agreed that the deposition of Ilona Horton will take place on August 17 in Raleigh, NC. The deposition of July Adair will take place on August 23 in Fresno. The deposition of Claire Hanks will take place in Los Angeles on August 22. It will begin at 11:30 am and have a break from 3 to 4 pm to accommodate Plaintiff's counsel's schedule. For Lynne Bradley, Joe Psatenhauer and John Sullivan, Defendants will request additional dates from the witnesses. Those depositions are expected to take place in San Francisco, Palmdale and Omaha, respectively.

**IT IS SO ORDERED.**

Dated: August 12, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge