UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN HARDIN,

    Plaintiff,

v.

MENDOCINO COAST DISTRICT HOSPITAL, et al.,

    Defendants.

Case No. 17-cv-05554-JST (TSH)

**DISCOVERY ORDER**

The parties had a telephonic hearing today concerning discovery issues. Defendants have noticed the depositions of three witnesses who worked at two of Plaintiff's former employers. The first of these depositions is expected to take place on August 23, 2019. Plaintiff wants these depositions quashed on relevance grounds. The Court explained that it will not quash a deposition based on an oral motion; the motion must be in writing. The Court discussed a proposed briefing schedule with the parties. The Court **ORDERS** that Plaintiff's motion to quash these depositions is due August 19, and Defendants' opposition is due by noon on August 21. The Court will decide the motion based on the papers.

Separately, as discussed during the hearing, Plaintiff has filed nine unilateral discovery letter briefs. ECF No. 185. The Court **ORDERS** Defendants to file their responsive portions to those letter briefs by August 16.

Finally, the Court reminds Plaintiff that the undersigned's Discovery Standing Order requires Plaintiff to submit chambers copies of her filing at ECF No. 185, which exceeds 600 pages.

**IT IS SO ORDERED.**

Dated: August 14, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge