UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>    Plaintiff,<br><br>v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>    Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER** |

    The parties had a telephonic hearing with Magistrate Judge Thomas Hixson today concerning discovery issues. Defendants advised that the deposition of Claire Hanks, previously scheduled for August 22, is now off calendar due to the inability to serve her with a subpoena. The deposition on Lynne Bradley will take place in San Francisco on August 23, starting at 10:00 a.m. Each side may question the witness for three and a half hours, with Plaintiff going first. If the witness is willing to waive the seven-hour rule, the parties may depose her for longer or on a second day (the time still being divided evenly between the sides). Kevin Liu, who represents Ms. Bradley, agreed to accept service of a subpoena by email for this deposition. The deposition of Julie Adair, previously scheduled for August 23, will be rescheduled, and the parties shall meet and confer regarding an alternative date. Please note that Adair's deposition is subject to Plaintiff's pending motion to quash at ECF No. 193. Plaintiff also raised a concern regarding the deposition of Ilona Horton, which took place on August 17 in Raleigh, NC. Plaintiff understood the 10:00 a.m. start time in the deposition notice to mean 10:00 a.m. Pacific time, so she dialed in to the deposition three hours after it started, which was 10:00 a.m. Eastern time. Judge Hixson

stated that any request for sanctions should be submitted by motion and that he would not entertain an oral request for sanctions.

**IT IS SO ORDERED.**

Dated: August 19, 2019

THOMAS S. HIXSON
United States Magistrate Judge