UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN HARDIN,<br><br>   Plaintiff,<br><br>   v.<br><br>MENDOCINO COAST DISTRICT HOSPITAL, et al.,<br><br>   Defendants. | Case No. 17-cv-05554-JST (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 234, 235 |

This is a further discovery order concerning Discover Letter No. 9. *See* ECF No. 211.

1. Following in camera review, the Court finds that Defendants' redactions to Exhibit M and the second Exhibit Y are justified by the attorney-client privilege. Accordingly, Plaintiff Ellen Hardin's motion to compel unredacted versions of those exhibits is **DENIED**.

2. Hardin has now provided the leader performance check-in reports of her and Wade Sturgeon. *See* ECF No. 234-1, Exhibits 4 and 5. She has also provided deposition Exhibits 354 and 355. The Court **ORDERS** Defendants to provide the Court unredacted versions of those exhibits for in camera review by September 9, 2019. The Court **ORDERS** Defendants to file a letter brief explaining the basis for the redactions in those exhibits by September 9. The letter brief shall contain excerpts from Defendants' redaction log applicable to these exhibits.

**IT IS SO ORDERED.**

Dated: September 5, 2019

THOMAS S. HIXSON
United States Magistrate Judge