1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7    ELLEN HARDIN,                         Case No. 17-cv-05554-JST   (TSH)

8              Plaintiff,

9         v.                              **DISCOVERY ORDER**

10   MENDOCINO COAST DISTRICT             Re: Dkt. No. 211
     HOSPITAL, et al.,
11
              Defendants.
12

13        The Court misunderstood Plaintiff Ellen Hardin's argument in Discovery Letter No. 9

14   concerning pages 164 through 171 of volume 1 of the deposition transcript of Bob Edwards. *See*

15   ECF No. 211. Her complaint is that the court reporter marked pages 164 to 171 as confidential

16   and then did not provide them to Hardin's counsel along with the rest of the transcript. At the

17   telephonic hearing this afternoon, Defendants' counsel agreed that of course she is entitled to a

18   complete transcript of the deposition. Accordingly, the Court **ORDERS** Defendants to provide

19   Hardin with these pages from Edwards' deposition.

20        **IT IS SO ORDERED.**

21

22   Dated: September 5, 2019

23
24                                          THOMAS S. HIXSON
                                            United States Magistrate Judge
25
26
27
28